UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAVID CHARLES PERIO                                         CIVIL ACTION

VERSUS                                                      NO. 10-336

TERREBONNE PARISH                                           SECTION "F" (2)
SHERIFF'S OFFICE ET AL.

## ORDER ON MOTIONS

APPEARANCES:  None (on the briefs)

MOTIONS:   (1) Plaintiff's Motion to Compel Response to Plaintiff's Interrogatory No. 16 and Production of Documents Responsive to Plaintiff's Request No. 26, Record Doc. No. 40; (2) Defendant's Motion to Quash Plaintiff's Third Set of Discovery Requests, Record Doc. No. 43

O R D E R E D:

 (1) : DENIED.  The information concerning basketball sought in Interrogatory No. 16 and Request for Production No. 26 is, at best, only tangentially relevant to the "subject matter" of this case, rather than to claims or defenses, and "good cause" to expand discovery in this way has not been shown.  Fed. R. Civ. P. 26(b)(1).  In addition, ample opportunity to obtain information concerning this somewhat far fetched aspect of defendant's motivation in his alleged treatment of plaintiff has already amply been available through, and is better explored by, other more efficient means of discovery, such as the depositions of the two alleged former basketball teammates.  Fed. R. Civ. P. 26(b)(2)(C).

 (2) : DISMISSED AS MOOT.  In his response to the referenced motion, Record Doc. No. 47, plaintiff states that "[c]onsidering the arguments of defense counsel and the late nature of Plaintiff's Third Discovery Requests, Plaintiff hereby withdraws his Third Discovery Requests."  Accordingly, the motion is moot.

New Orleans, Louisiana, this   13th   day of April, 2011.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE